UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:10-cv-01641-TWP-TAB ) |
| BARBARA STEWART, VONDETTA TUNSTALL, and VERA DENISE ROUNDTREE, | ) ) ) ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION
ON MOTION FOR INTERPLEADER RELIEF**

This matter is before the Court on a motion by Plaintiff Metropolitan Life Insurance Company for interpleader relief pursuant to Federal Rule of Civil Procedure 22. [Docket No. 29.] The motion is unopposed, well taken, and should be granted. Accordingly, the Magistrate Judge recommends that the District Judge grant the motion and order as follows: (1) MetLife, the Plan and Chrysler should be discharged from any further liability for the Plan Benefits, plus any interest, payable as a consequence of the death of the Decedent, Billy Mitchell; (2) the Defendants should be restrained and enjoined by order and injunction from instituting any action or proceeding in any state or United States court against MetLife, Chrysler or the Plan for the recovery of the Plan Benefits, plus any applicable interest, by reason of the death of the Decedent; (3) MetLife should be dismissed with prejudice from this action; and (4) MetLife should be awarded $4,500 attorney fees pursuant to the Employee Retirement Income Security

Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1132(g)(1), and/or under the equitable powers of the Court.  These fees are reasonable and represent about half of the fees actually incurred.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1).  Failure to file timely objections within fourteen days after service shall constitute waiver of subsequent review absent a showing of good cause for such failure.

Dated: 07/17/2012

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Robert Eugene Feagley II
LEE COSSELL KUEHN & LOVE LLP
bfeagley@nleelaw.com

Nathaniel Lee
LEE FAIRMAN LLP
nlee@nleelaw.com

Konstantine G. Orfanos
ORFANOS & ALVARADO LLC
orfanoskg@yahoo.com

Mark E. Schmidtke
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. - Valpo
mark.schmidtke@ogletreedeakins.com

Cari L. Sheehan
LEE FAIRMAN LLP
csheehan@nleelaw.com

Vondetta Tunstall
4411 Park Forest Court #D
Indianapolis, IN 46226