UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:10-cv-01641-TWP-TAB ) |
| BARBARA STEWART, VONDETTA TUNSTALL, and VERA DENISE ROUNDTREE, | ) ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION FOR INTERPLEADER RELIEF**

The Magistrate Judge submitted his Report and Recommendation on a motion by Plaintiff Metropolitan Life Insurance Company ("MetLife") for interpleader relief. [Docket No. 29.] Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The District Judge, having considered the Magistrate Judge's Report and Recommendation and any objections, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, MetLife's motion [Docket No. 29] is granted.

MetLife, the Plan and Chrysler are discharged from any further liability for the Plan Benefits, plus any interest, payable as a consequence of the death of the Decedent, Billy Mitchell. Defendants are restrained and enjoined from instituting any action or proceeding in any state or United States court against MetLife, Chrysler or the Plan for the recovery of the Plan Benefits, plus any applicable interest, by reason of the death of the Decedent. MetLife is dismissed with prejudice from this action, and awarded attorney fees of $4,500 pursuant to the

Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1132(g)(1) and/or under the equitable powers of the Court.

    Dated:     08/07/2012

 

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

Robert Eugene Feagley II
LEE COSSELL KUEHN & LOVE LLP
bfeagley@nleelaw.com

Nathaniel  Lee
LEE FAIRMAN LLP
nlee@nleelaw.com

Konstantine G. Orfanos
ORFANOS & ALVARADO LLC
orfanoskg@yahoo.com

Mark E. Schmidtke
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. - Valpo
mark.schmidtke@ogletreedeakins.com

Cari L. Sheehan
LEE FAIRMAN LLP
csheehan@nleelaw.com

Vondetta Tunstall
4411 Park Forest Court #D
Indianapolis, IN 46226