UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE CO., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:10-cv-1641-TWP-TAB |
| | ) | |
| BARBARA STEWART et al., | ) | |
| Defendants. | ) | |

## ADOPTION

The Magistrate Judge submitted his Report and Recommendation on Defendant Stewart's motion for summary judgment.  Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections.  The District Judge, having considered the Magistrate Judge's Report and Recommendation and any objections, approves and adopts the Magistrate Judge's Report and Recommendation.  Accordingly, Defendant Stewart's motion for summary judgment [Docket No. 35] is granted and Defendants Stewart and Roundtree shall share in the benefits equally.  The Clerk will be directed to distribute the funds by separate order.

Dated:  03/04/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

Robert Eugene Feagley II
LEE COSSELL KUEHN & LOVE LLP
bfeagley@nleelaw.com

Nathaniel Lee
LEE FAIRMAN LLP
nlee@nleelaw.com

Konstantine (Kim) G. Orfanos
ORFANOS & ALVARADO LLC
orfanoskg@yahoo.com

Mark E. Schmidtke
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C. - Valpo
mark.schmidtke@ogletreedeakins.com

Cari L. Sheehan
LEE FAIRMAN LLP
csheehan@nleelaw.com

VONDETTA TUNSTALL
4075 Byram Avenue
Indianapolis, IN 46208